IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No.03-40187 CW

       Plaintiff,                        ORDER ADOPTING
                                             MAGISTRATE JUDGE'S
  v.                                         REPORT AND
                                             RECOMMENDATION
 JUANITO ANGEL FEBO,                         REGARDING
                                             DEFENDANT'S
      Defendant.                         ADMISSION OF THE
_____/         VIOLATIONS OF THE
                                             TERMS AND
                                             CONDITIONS OF
                                             SUPERVISED RELEASE

     The Court has reviewed Magistrate Judge Laurel Beeler's Report and
Recommendation Regarding Defendant's Admission of the Violations of the
Terms and Conditions of Supervised Release and adopts the Recommendation
in every respect.  Accordingly,

     Defendant Juanito Angel Febo's admission of the violations is
accepted by the Court as to charges one and three of the Petition for
Arrest Warrant for Offender Under Supervision filed on February 2,
2010,charging Defendant Juanito Angel Febo with failing to refrain from
any unlawful use of a controlled substance and  leaving the Residential
Re-entry program at Cornell Companies, Inc. without reporting his change
in residence.  Sentencing is set for May 12, 2010.  The U.S. Probation
Office shall prepare a sentencing memorandum and disclose said memorandum
to the government and defense counsel.

Dated:  5/12/2010

                           _Claudia Wilken_____
                           CLAUDIA WILKEN
                           United States District Judge

cc:  LB, Probation, Wings

United States District Court
For the Northern District of California